

**BERCHEM MOSES** PC

75 Broad Street
Milford, CT 06460
T: 203.783.1200
F: 203.878-2235

1221 Post Road East
Westport, CT 06880
T: 203.227.9545
F: 203.226.1641

**BERCHEMMOSES.COM**

Robert L. Berchem
Marsha Belman Moses
Stephen W. Studer ▸
Richard J. Buturla
Floyd J. Dugas
Ira W. Bloom
Jonathan D. Berchem ◆
Michelle C. Laubin ◆
Gregory S. Kimmel
Christopher M. Hodgson
Mario F. Coppola
Christine A. Sullivan

Nicholas R. Bamonte
Richard C. Buturla
Ryan P. Driscoll ◆ •
Bryan L. LeClerc ◆
Brian A. Lema
Douglas E. LoMonte

Anthony V. Avallone
Jacob P. Bryniczka
Eileen Lavigne Flug
Peter V. Gelderman ◊
Rebecca E. Goldberg
Warren L. Holcomb
Eugene M. Kimmel
Raymond J. Rigat
Paul A. Testa ▸ ▸

Carolyn Mazanec Dugas
Chandler K. Holcomb
Jason D. Kaplan
Herbert Z. Rosen
Matthew J. Sponheimer
Matthew L. Studer

* - Also Admitted in FL
◊ - Also Admitted in IL
▸ - Also Admitted in MA
• - Also Admitted in NJ
◆ - Also Admitted in NY
∗ - Also Admitted in PA

**PLEASE REPLY TO**
**MILFORD OFFICE**

November 10, 2023

Clerk, United States Court of Appeals
    for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:    *Connecticut Citizen Defense League, et al. v. Jason Thody, et al.,*
       *Rebeca Garcia*
       Docket No. 23-724-cv

I am writing to inform the Court that I, (**Raymond J. Rigat, Esq.**), will be
arguing the above referenced appeal on behalf of the Defendant-Appellee
Rebeca Garcia in lieu of Attorney John P. Bohannon.

Oral argument in this matter is scheduled for Tuesday, November 14, 2023, at
10:00am in courtroom 1703 before judges Wesley, Chin and Bianco.

I am a member of the bar of the Second Circuit, (March 19, 1999).

Very Respectfully,

Raymond J. Rigat, Esq.

rjr

cc:    Craig Charles Fishbein, Esq., (ccf@fishbeinlaw.com);
       Cameron Lee Atkinson, Esq., (catkinson@atkinsonlawfirm.com);
       Doug Dubitsky, Esq., (doug@lawyer.com);
       James N. Tallberg, Esq., (jtallberg@kt-lawfirm.com);
       Richard Gene Kascak, Jr., Esq., (Richard.Kascak@bridgeportct.gov);
       and
       John Patrick Bohannon, Jr., (john.bohannon@bridgeportct.gov)